**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DINO MOODY<br>PLAINTIFF(S)<br>v.<br>C2 EDUCATIONAL SYSTEMS INC. , et al.<br>DEFENDANT(S). | CASE NUMBER:<br>2:24−cv−04249−RGK−SK<br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| | | |
|---|---|---|
| 6/14/2024 / | 10 / | MOTION to Dismiss Case |
| *Date Filed* | *Doc. No.* | *Title of Document* |
| __ / | __ / | __ |
| *Date Filed* | *Doc. No.* | *Title of Document* |

Other:
Document lacks word count certification per L.R. 11−6.2. Counsel shall file a corrected document within one day of the date of this order.

Dated: June 17, 2024

By: */s/ R. Gary Klausner*
U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**