RYAN H. CROSNER, CA Bar No. 278418
ryan.crosner@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

DAVID P. THATCHER (*pro hac vice*)
david.thatcher@ogletree.com
One Ninety One Peachtree Tower
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA 30303
Telephone: 404-881-1300
Facsimile: 404-870-1732

BENJAMIN W. PERRY (*pro hac vice*)
benjamin.perry@ogletree.com
Truist Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: (615) 254-1900
Facsimile: (615) 254-1908

Attorneys for Defendant
C2 EDUCATIONAL SYSTEMS INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DINO MOODY, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

C2 EDUCATIONAL SYSTEMS INC.; and DOES 1 through 25, inclusive,

Defendants.

Case No. 2:24-cv-04249-RGK-SK

**DECLARATION OF DAVID P. THATCHER IN SUPPORT OF NON-APPEARANCE AT AND REQUEST TO RESET SCHEDULING CONFERENCE**

Date: July 22, 2024
Time: 9:00 a.m.
Place: Courtroom 850
Roybal Federal Building, and
United States Courthouse
Complaint Filed: May 22, 2024
Trial Date: None Set
Judge: Hon. R. Gary Klausner

1. I am an attorney at law and a Shareholder at Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and have been admitted pro hac vice to practice before this Court and represent Defendant C2 Educational Systems, Inc. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently regarding these facts.

2. The Court entered an Order on June 18, 2024 [Dkt.13], setting a Scheduling Conference in this case on July 22, 2024. Shortly after receiving notice that my application to practice pro hac vice was granted [Dkt. 21], I made arrangements to travel to attend the Scheduling Conference as trial counsel for Defendant, which included booking an airline ticket on Delta Air Lines flight number 301 on July 21, 2024.

3. On Friday, July 19, 2024, a major global IT outage that originated from cybersecurity company CloudStrike caused disruptions across the globe to airlines and many other industries.

4. I received a number of communications from Delta yesterday and today concerning my flight to Los Angeles. The flight originally was scheduled to depart at 3:00 p.m., delayed several times to as late as 10:09 p.m.

5. At 5:19 p.m. this afternoon, I received a text message from Delta stating that my flight, "DL 301 . . . on Jul 21 has been canceled. We have been working to find a good option for you, but unfortunately, we have been unable to find comparable flights."

5. After learning of the cancellation of my flight, I searched for one-way alternative flights to Los Angeles, but the next available flight was on Wednesday, July 24, 2024.

6. I also searched other airlines and alternative destinations near Los Angeles. But due to the IT outage, no other flights were available.

7. For these reasons, I will not be able to appear at the Scheduling Conference and hereby request that the Court reset the Scheduling Conference.[1] I understand that the Court does not permit remote appearances, but if a remote appearance were permitted, I would appear remotely for the Scheduling Conference tomorrow.

8. Prior to filing this Declaration, I communicated with opposing counsel by email to let them know of the cancellation of my flight and my inability to appear at the Scheduling Conference tomorrow.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on July 21, 2024, at Atlanta, Georgia.

[signature]

David P. Thatcher

[1] I am scheduled to be on vacation on August 5, 2024, and August 26, 2024, and respectfully request that the Scheduling Conference not be reset on either of these dates.